IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAKOTA BLENDERS LLC,<br>*doing business as*<br>MILLBROOKS FEEDS<br><br>Plaintiff,<br>v.<br><br>PROVANTAGE ANIMAL HEALTH LLC ,<br><br>Defendant. | *<br><br>*<br>  Case No.  5:24-cv-00265-MTT<br>*<br><br>*<br><br>* |

## **J U D G M E N T**

Pursuant to this Court's Order dated   and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $ 206,146.07.  The amount shall accrue interest from the date of entry of judgment at the rate of 4.28 % per annum until paid in full.  Plaintiff shall also recover costs of this action.

This 6th day of November, 2024.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk